UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BORIS POGIL,

                         Plaintiff,                              21-CV-1528 (JPO)

            -v-                                                  ORDER

KPMG, LLP, et al,

                         Defendants.

J. PAUL OETKEN, District Judge:

        In light of Plaintiff's dismissal of the sole federal claim (*see* Dkt. No. 12), this case is

hereby remanded to New York Supreme Court, New York County.  The Clerk of Court is

directed to effectuate the remand forthwith.

        SO ORDERED.

Dated:  March 16, 2021
        New York, New York

                                                    _____
                                                    J. PAUL OETKEN
                                                    United States District Judge